## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TRISTEN T. KOSIDOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-01288-JD |
| | ) | |
| STEPHENS COUNTY SHERIFFS | ) | |
| DEPARTMENT, Official Capacity; | ) | |
| STEPHENS COUNTY DETENTION | ) | |
| CENTER, Official and Individual | ) | |
| Capacity; NICK PASSMORE, | ) | |
| Detention Officer, Individual Capacity; | ) | |
| EVA GREY, Administration, | ) | |
| Individual Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

On January 30, 2025, United States Magistrate Judge Shon T. Erwin granted Plaintiff's Motion to Proceed *in Forma Pauperis* [Doc. No. 5] and ordered Plaintiff to pay an initial partial filing fee of $26.66 by February 18, 2025, followed by monthly payments thereafter until the total filing fee of $350.00 was paid. [Doc. No. 6]; *see also* 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned that failure to pay the initial partial filing fee by February 18, 2025, would result in dismissal of this matter.

Plaintiff did not pay the initial filing fee, and on April 15, 2025, Judge Erwin issued a Report and Recommendation [Doc. No. 8] recommending that this action be dismissed without prejudice for Plaintiff's failure to pay the initial partial filing fee as ordered by the Court.

Judge Erwin advised Plaintiff of his right to object to the Report and

Recommendation by May 2, 2025. Judge Erwin further warned Plaintiff that failure to make a timely objection waives the right to appellate review of the factual and legal issues in the Report and Recommendation. Plaintiff has not filed any objection, nor has he paid the required initial partial filing fee.

The Court therefore **ACCEPTS** the Report and Recommendation [Doc. No. 8] and **DISMISSES** Plaintiff's action without prejudice. A separate judgment will follow.

IT IS SO ORDERED this 8th day of May 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE